# Court of Appeals
# of the State of Georgia

ATLANTA,  November 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1542. RETAILING ENTERPRISES, LLC v. THE RETAIL PROPERTY TRUST.**

The above-referenced appeal comes by way of a granted application for discretionary review. Appellant Retailing Enterprises, LLC, has filed a Suggestion of Bankruptcy, indicating that on May 30, 2023, it filed a Voluntary Petition for relief under Chapter 11, Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 23-14169-SMG. Thus, according to Appellant, this case is automatically stayed pursuant to 11 U.S.C. § 362 (a).

The appellate courts of this State are constitutionally required to dispose of every case at the term of court for which it is entered on the courts' dockets for hearing or at the next term of court. See 1983 Ga. Const., Art. VI, Sec. IX, Para. II. Consequently, this Court does not have the power to stay a case. *See Boardman v. Brenninkmeijer*, 328 Ga. App. 882, 883 (763 SE2d 267) (2014). Accordingly, we REMAND this case to the trial court until the stay of proceedings is lifted. At that time, Appellant may re-institute the appeal by filing a new notice of appeal in the trial

court within 30 days of the date of the entry of the order in the Bankruptcy Court lifting the stay. *See* OCGA § 44-7-56; *Boardman*, 328 Ga. App. at 883; *DCA Architects v. American Bldg. Consultants*, 203 Ga. App. 598, 598-600 (1) (417 SE2d 386) (1992).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/09/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*